UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION



| | |
|---|---|
| LURETHA O. BIVINS, PRO SE | PLAINTIFF |
| VS | CIVIL ACTION NO: 1:18-CV-2-LG-RHW |
| MISSISSIPPI REGIONAL HOUSING AUTHORITY VIII | DEFENDANT |

### MOTION TO SANCTION ATTORNEY BROCK (ATTORNEY WITH BALCH & BINGHAM FOR FAILURE TO GIVE PLAINTIFF NOTICE OF APPEARNACE

Comes Now, Plaintiff, Luretha O. Bivins and requests that Ms. Brock of Balch and Bingham is sanctioned by this court for failure to send Plaintiff a copy of notice of appearance.

During Plaintiff's discussion of Case Management with Ms. Cannady, Plaintiff was told that another attorney was in the room and had sent documents to the court for appearance. There was no audible sound from Ms. Brock during the case management. Ms. Brock was not available during the teleconference with Judge Walker.

Ms. Brock at no time gave notice that she was sending court documents to Plaintiff for review via email which reached a "spam file".

Plaintiff request this court provide under what authority Ms. Brock is operating to send documents to Plaintiff's email.

This will certify that the undersigned Plaintiff, Luretha O. Bivins, Pro Se has this day served a true and correct copy of the above and foregoing upon (via U. S. Mail. Ms. Brock (first name unknown) and copy to clerk of court for filing:

Ms. Brock
188 East Capitol St.
Jackson, MS  39201

This the 3rd March 2018

Luretha O. Bivins, Pro Se
P. O Box 9261
Moss Point, MS 39562
228-366-7053